**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Guadalupe Ortiz-Sandoval,<br><br>               Defendant. | No. CR-11-01514-PHX-JAT<br><br>**ORDER** |

      Pending before the Court are two motions filed by Defendant. Defendant has filed a motion for sentencing transcripts (Doc. 23) and a motion to proceed in forma pauperis in her motion for sentencing transcripts (Doc. 24).

      Pre filing a motion to vacate set aside or correct sentence pursuant to 28 U.S.C. § 2255, defendant apparently seeks free copies of transcripts and other court records in this case in order to prepare a 28 U.S.C. § 2255 motion to vacate sentence. Although 28 U.S.C. § 753(f) authorizes the district court to provide transcripts to a defendant at no cost in some cases, it does not authorize the district court to order payment for transcripts if the defendant has not yet filed a collateral attack on her conviction or sentence under § 2255. *United States v. MacCollom*, 426 U.S. 317, 321 (1976). Defendant has not yet filed a § 2255 motion to vacate. Accordingly, her motion for transcripts (Doc. 23) must be denied. Further, regarding Defendant's motion to proceed in forma pauperis, there is no filing fee required of a movant under § 2255.

Based on the foregoing,

**IT IS ORDERED** that Defendant's motion for sentencing transcripts (Doc. 23) is denied.

**IT IS FURTHER ORDERED** that Defendant's motion to proceed in forma pauperis (Doc. 24) is also denied.

Dated this 25th day of April, 2013.

James A. Teilborg
Senior United States District Judge